Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

June 5, 2002
BRUCE RIFKIN, Clerk
By Heather Avant-Bohnny, Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR02-175 Z |
| Plaintiff, | |
| v. | INDICTMENT |
| SEMI OSMAN, | |
| Defendant. | |

CR 02 00175 #00000008

The Grand Jury charges that:

### COUNT ONE

(Attempted Procurement of Naturalization Contrary to Law)

Beginning at a time unknown but no later than on or about May 3, 2001, and continuing until May 17, 2002, at Seattle, within the Western District of Washington, and elsewhere, SEMI OSMAN knowingly attempted to procure, contrary to law, his own naturalization as a United States citizen.

All in violation of Title 18, United States Code, Section 1425(a).

### COUNT TWO

(Possession of Firearm with Obliterated or Altered Serial Number)

On or about May 17, 2002, at Tacoma, within the Western District of Washington, SEMI OSMAN knowingly possessed a firearm, that is, a Smith & Wesson .40 caliber semiautomatic

1 pistol, from which the manufacturer's serial number had been removed, obliterated, and altered,
2 and which had been shipped and transported in interstate commerce.
3     All in violation of Title 18, United States Code, Section 922(k) and Section 924(a)(1)(B).

A TRUE BILL:

DATED: 6/5/02

_____
FOREPERSON

_____
JOHN McKAY
United States Attorney

_____
ANDREW H. HAMILTON
Assistant United States Attorney

_____
FLOYD G. SHORT
Assistant United States Attorney