CR 02-00175 #00000046

Judge Zilly

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JAN 2 1 2003   KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
          Plaintiff, )  NO. CR02-175Z
v. )  GOVERNMENT'S SENTENCING MEMORANDUM
SEMI OSMAN, )
          Defendant. )

# DOCUMENTS FILED UNDER SEAL.

# PLEASE DO NOT RELEASE

# WITHOUT COURT ORDER.

ORIGINAL

46

UNDER SEAL DOC (CR02-175Z) - 1

UNITED STATES ATTORNEY
601 Union St.