CERTIFICATE OF SERVICE
I, certify that a copy of the foregoing
document to which this certificate is
attached was delivered to the attorneys
of record of plaintiff, defendant, on
the 22 day of April 2003.
UNITED STATES ATTORNEY
By

Judge Zilly

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 22 2003 ZG

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CR 02-00175 00000053

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR02-00175Z |
| Plaintiff, | |
| v. | GOVERNMENT'S SENTENCING MEMORANDUM |
| SEMI OSMAN, | |
| Defendant. | |

The United States of America, by and through John McKay, United States Attorney for the Western District of Washington, and Andrew R. Hamilton and Todd Greenberg, Assistant United States Attorneys for said District, files this sentencing memorandum on behalf of the Government.

The defendant plead guilty to the offense of possession of a firearm with an obliterated serial number in violation of Title 18, United States Code, Section 922(k) He is scheduled to be sentenced for this offense on Friday, April 25, 2003. At this sentencing hearing, the Government will be represented by Todd Greenberg.

The defendant has been in custody on this matter since May 24, 2002 When he is sentenced on Friday, he will have served eleven months in custody. At the conclusion of the evidentiary hearing on January 24, 2003, the Court held that the defendant was not a "prohibited person" under Section 2K2.1 of the Sentencing Guidelines Manual, and that the two point enhancement under that section did not apply to him

Accordingly, the defendant's beginning offense level is a level 12. Minus two points for acceptance of responsibility, the defendant's adjusted offense level is a level

GOVERNMENT'S SENTENCING MEMO/OSMAN— 1
CR02-00175Z

1 10. Because his criminal history is a level I, the defendant's sentencing range is six to

2 twelve months incarceration.

3     The Government respectfully recommends that the defendant be sentenced to a

4 term of eleven (11) months incarceration with credit for time served, to be followed by a

5 term of supervised release of three years.

6     DATED this 21st day of April, 2003.

7                             Respectfully submitted,

8                             JOHN McKAY
United States Attorney

9

10

11                             ANDREW R. HAMILTON
Assistant United States Attorney

12

13

14                             TODD GREENBERG
Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970