AO 245B (Rev 8/96) Sheet 1 - Judgment in a Criminal Case (USAO 06/99)    Case 2:02-cr-00175-TSZ    Document 55    Filed 04/25/03    Page 1 of 6    cw

# UNITED STATES DISTRICT COURT
## Western District of Washington

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V | (For Offenses Committed On or After November 1, 1987) |
| SEMI OSMAN | Case Number. CR02-0175Z-001 |
| | Robert M Leen |
| | Defendant's Attorney |

THE DEFENDANT

__XX__ pleaded guilty to count _2 of the Indictment on July 30, 2002_

____ pleaded nolo contendere to count(s) _____ which was accepted by the court

____ was found guilty on count(s) _____ after a plea of not guilty

FILED ____ ENTERED
____ LODGED ____ RECEIVED

APR 25 2003

CR 02-00175 #00000055

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U S C §§ 922(k) and 924(a)(1)(B) | Possession of a Firearm with an Obliterated or Altered Serial Number | 5/17/02 | 2 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has been found not guilty on count(s) _____

_X_ Count(s) _One (1) of the Indictment_ (is)(are) dismissed on the motion of the United States

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

Defendant's Soc Sec No: 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

Defendant's Date of Birth 5/14/70

Defendant's USM No 31972-086

Defendant's Residence Address
FDC Seattle
Seatac, Washington

Defendant's Mailing Address
Same as Above

ANDREW R HAMILTON
Assistant United States Attorney

April 25, 2003
Date of Imposition of Sentence

Signature of Judicial Officer

THE HONORABLE THOMAS S ZILLY
United States District Judge
Name & Title of Judicial Officer

April 25, 2003
Date

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _Credit for time served of (327 days)_ DZ

___ The court makes the following recommendations to the Bureau of Prisons




_X_ The defendant is remanded to the custody of the United States Marshal

___ The defendant shall surrender to the United States Marshal for this district

    ___ at ___ a m /p m on _____
    ___ as notified by the United States Marshal

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

    ___ before 2 p m on _____
    ___ as notified by the United States Marshal
    ___ as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment

                                          _____
                                          United States Marshal

                By _____
                                        Deputy U S Marshal

| | | |
|---|---|---|
| Defendant | SEMI OSMAN | Judgment--Page 3 of 6 |
| Case Number | CR02-0175Z-001 | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __3 years__,

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons

    The defendant shall not commit another federal, state, or local crime

    The defendant shall not illegally possess a controlled substance

*For offenses committed on or after September 13, 1994:*

___     The defendant shall refrain from any unlawful use of a controlled substance  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer

    __XX__     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse  (Check if applicable )

__XX__     The defendant shall not possess a firearm as defined in 18 U S C  § 921  (Check if applicable )

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).  The defendant shall also comply with the additional conditions on the attached page (if indicated below)

### SEE ATTACHED SPECIAL CONDITIONS OF SUPERVISION

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer,
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month,
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer,
4) the defendant shall support his or her dependents and meet other family responsibilities
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons,
6) the defendant shall notify the probation officer 10 days prior to any change in residence or employment,
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician,
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered,
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer,
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer,
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court,
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant s criminal record or personal history or characteristics  and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement

Defendant     SEMI OSMAN                     Judgment--Page __4__ of __6__
Case Number   CR02-0175Z-001

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall be prohibited from possessing a firearm or destructive device as defined in 18 U S C § 921

2. The defendant shall submit to mandatory drug testing pursuant to 18 U S C § 3563(a)(5) and 18 U S C § 3583(d)  _____ YES  __XX__ NO

3. The defendant shall submit to a search of his person, residence, office, property, storage unit or vehicle conducted in a reasonable manner and at a reasonable time by a probation officer

4. The defendant shall participate as directed in a mental health program approved by the United States Probation Office

5. If deported, the defendant shall not reenter the United States without permission of the Immigration and Naturalization Service  If granted permission to reenter, the defendant shall contact the nearest U S. Probation Office within 72 hours of reentry



Defendant.  SEMI OSMAN                          Judgment--Page 5 of 6
Case Number  CR02-0175Z-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS:** | $100 00 | $0 00 | $0 00 N/A |

____ If applicable, restitution amount ordered pursuant to plea agreement  .    $ _____

### FINE

**XX**  The Court finds that the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.

The above fine includes costs of incarceration and/or supervision in the amount of $ _____

### RESTITUTION

____ The determination of restitution is deferred until _____ An Amended Judgment in a Criminal Case will be entered after such determination

____ The defendant shall make restitution to the following payees in the amounts listed below

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| N/A | | | |
| **Totals:** | $_____ | $_____ | |

### INTEREST ON FINES AND RESTITUTION

The defendant shall pay interest on any fine or restitution of more than $2,500 00, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U S C § 3612(f)  All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U S C § 3612(g)

XX The court has determined that the defendant does not have the ability to pay interest on any fine and/or restitution, and it is ordered that
   XX The interest requirement is waived
   ____ The interest requirement is modified as follows

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996

AO 245B (Rev 8/96) Sheet 5, Part B - Criminal Monetary Penalties (USAO 06/99)

| | | |
|---|---|---|
| Defendant | SEMI OSMAN | Judgment--Page 6 of 6 |
| Case Number | CR02-0175Z-001 | |

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order (1) assessment; (2) restitution, (3) fine principal; (4) cost of prosecution, (5) interest, (6) penalties

Payment of the total fine and other criminal monetary penalties shall be due as follows

A __XX__   in full immediately, or

B _____   $ _____ immediately, balance due (in accordance with C, D, or E), or

C _____   not later than _____, or

D _____   in installments to commence ____ day(s) after the date of this judgment   In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U S probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate, or

E _____   in _____ *(e.g., equal, weekly, monthly, quarterly)* installments of $ ____ over a period of ____ year(s) to commence ____ day(s) after the date of this judgment

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed

Special instructions regarding the payment of criminal monetary penalties

__XX__   MAKE CHECK(S) FOR ALL CRIMINAL MONETARY PENALTIES, INCLUDING SPECIAL ASSESSMENTS, FINES, AND RESTITUTION, PAYABLE TO

UNITED STATES DISTRICT COURT CLERK, WESTERN DISTRICT OF WASHINGTON   For restitution payments, the Court is to forward money received to _____   See address on page _____ of this judgment

_____   The defendant shall pay the cost of prosecution

_____   The defendant shall forfeit the defendant's interest in the following property to the United States

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment   All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States Attorney